Ralph E. Laird, State Bar No. 166984
Ralph.Laird@LibertyMutual.com
YEMPUKU & McNAMARA
2180 Harvard Street, Suite 375
Sacramento, CA 95815
Tel: 916-649-8333
Fax: 603-334-7903
Email:  SacMail@Libertymutual.com
          Ralph.Laird@Libertymutual.com

Counsel for Defendant NATIONAL RAILROAD
PASSENGER CORPORATION dba AMTRAK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO COURTHOUSE

| | |
|---|---|
| MARICELA CARRANZA,<br><br>  Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>  Defendants. | Case No.: 2:19-cv-02119-MCE-DB<br><br>**ORDER MODIFYING INITIAL PRETRIAL SCHEDULING ORDER** |

 Based upon the Stipulation to Order Modifying Initial Pretrial Scheduling Order filed executed by counsel for Plaintiff MARICELA CARRANZA ("Plaintiff") and Defendant NATIONAL RAILROAD PASSENGER ("Amtrak"), and good cause appearing, it is hereby ORDERED that the dates set forth in the scheduling order in this case are modified as follows:

| | **Initial Date** | **New Date** |
|---|---|---|
| Non-Expert Discovery Cut Off | 12/2/20 | July 2, 2021 |
| Initial Expert Disclosure | 2/1/21 | August 27, 2021 |

| | | |
|---|---|---|
| Supplemental Expert Disclosure | 3/3/21 | September 30, 2021 |
| Expert Discovery Cut Off | 4/2/21 | October 29, 2021 |
| Dispositive Motion Deadline | 5/31/21 | December 10, 2021 |
| Joint Notice of Trial Readiness | 4/2/21 | February 4, 2022 |

IT IS SO ORDERED.

Dated:  November 5, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE