William A. Kershaw (State Bar No. 057486)
Jeffrey M. Schaff (State Bar No. 269606)
KERSHAW, COOK & TALLEY PC
401 Watt Avenue
Sacramento, California 95864
Telephone: (916) 779-7000
Facsimile: (916) 721-2501
Email: Bill@Kctlegal.Com
Email: Jeff@Kctlegal.Com

*Attorneys For Plaintiff*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARICELA CARRANZA,<br><br>           Plaintiff,<br><br>     v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, d/b/a AMTRAK,<br><br>           Defendants. | Case No.: 2:19-cv-02119-MCE-DB<br><br>Judge Morrison C. England, Jr.<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE; ORDER THEREON** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Maricela Carranza, and Defendant National Railroad Passenger Corporation, d/b/a Amtrak, by and through their attorneys, respectfully and jointly submit this Stipulation of Dismissal of this action without prejudice, each party to bear its/her own costs and fees. The parties request that the Clerk of Court now close this case.

STIPULATION OF DISMISSAL WITHOUT PREJUDICE; ORDER THEREON - 1

Dated: July 30, 2021          **KERSHAW, COOK & TALLEY PC**

By:    /s/William A. Kershaw
       William A. Kershaw
       Jeffrey M. Schaff
       401 Watt Avenue
       Sacramento, California 95864
       Telephone: (916) 779-7000
       Facsimile: (916) 721-2501
       *Attorneys for Plaintiff*

Dated: July 30, 2021          **LAW OFFICES OF LYNN M. YEMPUKU**

By:    _____
       Daniel T. Schmaeling
       P.O. Box 7218
       London, KY 40742
       Telephone: (916) 649-8333
       Facsimile: (603) 334-7309
       *Attorneys for Defendants*

## ORDER

In accordance with the foregoing stipulation of the parties, and good cause appearing, this case is hereby dismissed, without prejudice, each side to bear its own costs and attorney's fees. The matter having now been concluded in its entirety, the clerk of court is directed to close the file.

IT IS SO ORDERED.

Dated: August 3, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION OF DISMISSAL WITHOUT PREJUDICE; ORDER THEREON - 2